UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

STEPHANIE STITH,

    Plaintiff,

v.

KOHL'S DEPARTMENT STORES, INC.

    Defendant.

Case No. 2:18-cv-00308- LA

Honorable Judge Lynn Adelman

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, STEPHANIE STITH, and the Defendant, KOHL'S DEPARTMENT STORES, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against KOHL'S DEPARTMENT STORES, INC., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: September 12, 2018      Respectfully Submitted,

STEPHANIE STITH

/s/ Nathan C. Volheim
Nathan C. Volheim
Sulaiman Law Group, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax :( 630) 575-8188
nvolheim@sulaimanlaw.com

KOHL'S DEPARTMENT STORES, INC.

/s/ Michael F. Tuchalski(*with consent*)
Michael F. Tuchalski
Kohl's Department Stores, Inc.
N56W17000 Ridgewood Drive
Menomonee Falls, WI 53051
Phone: (262) 703-7706
michael.tuchalski@kohls.com